IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BODYGUARD PRODUCTIONS, INC., | ) |
| Plaintiff, | ) Case No.: 18-cv-4273 <br> ) <br> ) Judge Gary Feinerman |
| v. | ) <br> ) |
| DOES 1-18, | ) <br> ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DOE DEFENDANT NO. 13**

Plaintiff, Bodyguard Productions, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against the Doe Defendant associated with Internet Protocol address 73.72.89.92 (Doe No. 13). Each party shall bear its own attorney's fees and costs. Plaintiff is not dismissing any other Doe defendants at this time.

The respective Doe Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: January 3, 2019　　　　BODYGUARD PRODUCTIONS, INC.

By:　s/Michael A. Hierl
　　　Michael A. Hierl (Bar No. 3128021)
　　　Hughes Socol Piers Resnick & Dym, Ltd.
　　　Three First National Plaza
　　　70 W. Madison Street, Suite 4000
　　　Chicago, Illinois 60602
　　　(312) 580-0100 Telephone
　　　(312) 580-1994 Facsimile
　　　mhierl@hsplegal.com

　　　Attorneys for Plaintiff
　　　Bodyguard Productions, Inc.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal of Doe Defendant No. 13 was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on January 3, 2019.

                                                                                  s/Michael A. Hierl